UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*24-25 ECT/TNL*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JON MICHAEL ASK,<br><br>Defendant. | )  **INDICTMENT**<br>)<br>)  21 U.S.C. § 841(a)(1)<br>)  21 U.S.C. § 841(b)(1)(A)<br>)  21 U.S.C. § 841(b)(1)(C)<br>)  21 U.S.C. § 846<br>)  21 U.S.C. § 853<br>)<br>) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Fentanyl and Cocaine)

Beginning in or about the spring of 2023 and continuing through in or about September 11, 2023, in the State and District of Minnesota, and elsewhere, the defendant,

**JON MICHAEL ASK,**

did unlawfully, knowingly and intentionally conspire with others, known and unknown to the grand jury, to distribute 400 grams or more of mixtures and substances containing detectable amounts of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, and mixtures and substances containing detectable amounts of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

### COUNT 2
(Possession With the Intent to Distribute Cocaine)

On or about April 10, 2023, the defendant,

**JON MICHAEL ASK,**



SCANNED
FEB 0 8 2024
U.S. DISTRICT COURT ST. PAUL

United States v. Jon Michael Ask

did unlawfully, knowingly and intentionally possess with the intent to distribute mixtures and substances containing detectable amounts of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3
(Possession With the Intent to Distribute Cocaine)

On or about May 21, 2023, the defendant,

### JON MICHAEL ASK,

did unlawfully, knowingly and intentionally possess with the intent to distribute mixtures and substances containing detectable amounts of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 4
(Possession With the Intent to Distribute Cocaine)

On or about June 7, 2023, the defendant,

### JON MICHAEL ASK,

did unlawfully, knowingly and intentionally possess with the intent to distribute mixtures and substances containing detectable amounts of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5
(Distribution of Cocaine)

On or about June 14, 2023, the defendant,

### JON MICHAEL ASK,

did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2

United States v. Jon Michael Ask

## COUNT 6
(Possession with the Intent to Distribute Fentanyl)

On or about July 18, 2023, the defendant,

## JON MICHAEL ASK,

did unlawfully, knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 7
(Possession With the Intent to Distribute Methamphetamine and Cocaine)

On or about August 30, 2023, the defendant,

## JON MICHAEL ASK,

did unlawfully, knowingly and intentionally possess with the intent to distribute mixtures and substances containing detectable amounts of methamphetamine, a controlled substance, and mixtures and substances containing detectable amounts of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

If convicted of any of Counts 1 through 7 of this Indictment, the defendant,

## JON MICHAEL ASK,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds he obtained, directly or

3

  
United States v. Jon Michael Ask

indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL


_____          _____

UNITED STATES ATTORNEY          FOREPERSON


4